MURPHY, Appellant, v. SHEA, Respondent.

(Common Pleas of New York City and County, General Term.  May 5, 1893.)

Appeal from trial term.
Action by Patrick Murphy against Dennis Shea.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
M. F. McGoldrick, for appellant.
Johnston & Johnston, for respondent.
No opinion.  Judgment affirmed, with costs.

---

LOGAN, Respondent, v. BERKSHIRE APARTMENT ASS'N, Appellant.

(Common Pleas of New York City and County, General Term.  May 8, 1893.)

Action by William J. Logan against the Berkshire Apartment Association.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Stickney, Spencer & Ordway, for appellant.
Lyon & Smith, for respondent.
No opinion.  Motion for leave to appeal to the court of appeals denied, with $10 costs.  See 22 N. Y. Supp. 776.

---

MEEKS et al., Respondent, v. SIMON, Appellant.

(Common Pleas of New York City and County, General Term.  May 8, 1893.)

Action by William F. Meeks against Lewis Simon.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
G. C. Comstock, for appellant.
S. Johnson, for respondent.
No opinion.  Motion to direct Marshall to return amount collected granted.
See 21 N. Y. Supp. 1004.

---

NEW YORK REAL-ESTATE & BLDG. IMP. CO., Appellant, v.
MOTLEY, Respondent.

(Common Pleas of New York City and County, General Term.  May 8, 1893.)

Action by the New York Real-Estate & Building Improvement Company against Thornton N. Motley.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
A. B. Sanborn, for appellant.
Cardozo Bros., for respondent.
No opinion.  Motion for leave to appeal to the court of appeals granted.
See 20 N. Y. Supp. 947.

---

ZIVI, Respondent, v. EINSTEIN, Appellant.

(Common Pleas of New York City and County, General Term.  May 8, 1893.)

Action by Bernard Zivi against Elias Einstein.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Townsend, Dyett & Einstein, for appellant.
Jas. Murphy, for respondent.
No opinion.  Motion for leave to go to the court of appeals denied.  See 21 N. Y. Supp. 583.